M:\DOCS\PUBLIC\66764\MISC\284180.doc
12522.029

FILED
U.S. DISTRICT COURT
EVANSVILLE DIVISION
2004 DEC 13 PM 2:55
SOUTHERN DISTRICT OF INDIANA
LAURA A. BRIGGS
CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

DANIEL J. ENGLISH, II,

Plaintiff,

vs.

CAUSE NO. 3:04-cv-0208-RLY-WGH

BRAD HILL,
Evansville Police Department Chief, and
EVANSVILLE POLICE DEPARTMENT ,

Defendants.

**DEFENDANTS' NOTICE OF REMOVAL**

Come now Defendants, Brad Hill, Evansville Police Department Chief; and Evansville Police Department (hereinafter referred to as "the Removing Parties"), by counsel, Robert W. Rock of Bowers Harrison, LLP, and for their Notice of Removal, state as follows:

1. Removing Parties desire to exercise their right under 28 U.S.C. § 1443(2) and 28 U.S.C. § 1441(b) to remove this action from the Vanderburgh Superior Court of Vanderburgh County, Indiana in which this cause is now pending under the caption of Daniel J. English, II v. Brad Hill, Evansville Police Department Chief; and Evansville Police Department, Cause Number 82D03-0411-CT-5268. Plaintiff's action is a Complaint for deprivation of federally protected rights pursuant to 42 U.S.C. § 1983 arising out of execution of an arrest by Defendant, Evansville Police Department. A true and correct copy of the Complaint in said case is attached hereto, marked Exhibit "A," and incorporated herein by reference.

2. This Notice of Removal is timely filed in this Court within thirty (30) days after the attempted service of the Complaint on the Defendants pursuant to the provisions of 28 U.S.C. § 1446(b) as appears more particularly from the face of the Complaint attached hereto as Exhibit "A."

3. This action is one in which this Court has original and concurrent jurisdiction under the provisions of 42 U.S.C. § 1983, and which may be removed by this Court by the Removing Parties pursuant to 28 U.S.C. § 1443(2) because it is a civil action for acts under color of authority derived from laws providing for equal rights and for refusing to do any act on the grounds that it would be inconsistent with such law.

4. Pursuant to 28 U.S.C. § 1446(a), the Removing Parties have attached hereto and incorporated herein by reference a copy of all processed pleadings served upon the Defendants prior to removal, to-wit: Complaint.

5. Based upon these premises, the Removing Parties desire and are entitled to have this cause of action removed from the Vanderburgh Superior Court of Vanderburgh County, Indiana to the United States District Court for the Southern District of Indiana, Evansville Division, such being the district and division where said suit is pending.

6. Written notice of the filing of this Notice of Removal will be given to counsel for the Plaintiff, and a copy will be filed with the Clerk of the Vanderburgh Superior Court of Vanderburgh County, Indiana as required by 28 U.S.C. § 1446(d).

WHEREFORE, the Removing Parties pray that the state court action pending against them in the Vanderburgh Superior Court in Vanderburgh County, Indiana be removed to this Court, and, henceforth, this action be placed on the docket of this Court for further proceedings and the same as though this action had originally been instituted in this Court.

Respectfully submitted,

BOWERS HARRISON, LLP

BY: ______________________________

Robert W. Rock
Attorney No. 14060-48
25 N.W. Riverside Drive, 2nd Floor
P.O. Box 1287
Evansville, Indiana 47706-1287
Phone: (812) 426-1231
Fax: (812) 464-3676

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing pleading or paper has been served upon the following person(s) by placing the same, properly addressed, and with first-class postage prepaid, in the United States mail on this 13 day of December, 2004:

Ronald W. Frazier, Esq.
Frazier & Associates
612 East Market Street
Indianapolis, Indiana 46202

______________________________
Robert W. Rock